United States District Court
Southern District of Texas

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

**ENTERED**
July 08, 2026
Nathan Ochsner, Clerk

UNITED STATES OF AMERICA
                    Plaintiff

v.

Miguel Angel LOPEZ–Gomez
                    Defendant

Case No.: 5:26–po–40273
Magistrate Judge Christopher dos Santos

---

## JUDGMENT

On **July 8, 2026**, the above named defendant appeared in person and with counsel.

Whereupon the defendant entered a plea of guilty to the offense of entering the United States illegally at a place other than as designated by the immigration officers, in violation of 8 U.S.C. 1325(a)(1), as charged in the Criminal Complaint; and the Court having asked the defendant whether he/she had anything to say why judgment should not be pronounced, and no sufficient cause to the contrary being shown or appearing to the Court;

IT IS ADJUDGED that the defendant is guilty as charged and convicted.

The defendant is hereby sentenced to 5 days confinement.

Based on the Government's motion, the Court finds that reasonable efforts to collect the $10.00 special assessment are not likely to be effective. Therefore, the assessment is hereby remitted.

DONE at Laredo, Texas, on **July 8, 2026**.

Christopher dos Santos
United States Magistrate Judge